# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CATHERINE CLAY                                                                                    PLAINTIFF

V.                              NO. 3:12CV00101 JTR

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE